UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 24-CV-23953-DPG

JANE DOE (S.F.), on her own behalf and on behalf of all other similarly situated passengers who sailed aboard the *Symphony of the Seas* between December 1, 2023 and February 26, 2024, who used a cabin bathroom which was within the cabins assigned to Stateroom Attendant, Arvin Joseph Mirasol,

and

JANE DOE 1 (J.A.); JOHN DOE 1 (Q.A.); JOHN DOE 2 (D.A.); JANE DOE 2 (D.A.); JANE DOE 3 (D.B.); JANE DOE 4 (S.B.); JANE DOE 5 (M.B.); JANE DOE 6 (N.B.); JANE DOE 7 (D.B.); JANE DOE 8 (J.B.); JANE DOE 9 (L.E.); JUNIOR DOE 1 (S.F.), by and through parent and natural guardian JOHN DOE 3 (S.F.); JOHN DOE 3 (S.F.); JUNIOR DOE 2 (A.G.), by and through parent and natural guardian JANE DOE 10 (N.G.); JANE DOE 10 (N.G.); JOHN DOE 4 (R.G.); JUNIOR DOE 3 (R.G.), by and through parent and natural guardian JOHN DOE 4 (R.G.); JANE DOE 11 (V.L.); JUNIOR DOE 4 (C.N.), by and through parent and natural guardian JOHN DOE 5 (J.N.); JOHN DOE 5 (J.N.); JANE DOE 12 (M.N.); JUNIOR DOE 5 (S.N.), by and through parent and natural guardian JANE DOE 12 (M.N.); JOHN DOE 6 (G.P.); JANE DOE 13 (T.P.); JANE DOE 14 (L.R.); JOHN DOE 7 (M.R.); JUNIOR DOE 6 (S.R.), by and through parent and natural guardian JOHN DOE 8 (S.R.); JOHN DOE 8 (S.R.); JANE DOE 15 (L.R.); JOHN DOE 9 (T.R.); JANE DOE 16 (R.S.); JANE DOE 17 (K.D.); JUNIOR DOE 7 (T.D.), by and through parent and natural guardian JANE DOE 17 (K.D.); JOHN DOE 10 (E.S.); JANE DOE 18

(M.S.); JOHN DOE 11 (C.G.); JUNIOR DOE 8 (J.G.), by and through parent and natural guardian JOHN DOE 11 (C.G.); JANE DOE 19 (Y.P.); and JANE DOE 20 (J.G.),

    Plaintiffs,

v.

ROYAL CARIBBEAN CRUISES LTD., and ARVIN JOSEPH MIRASOL,

    Defendants.
_____/

## NOTICE OF SIMILAR ACTIONS

Defendant, ROYAL CARIBBEAN CRUISES, LTD. ("RCCL"), by and through its undersigned counsel, and pursuant to S.D. Fla. Local Rule 3.8 and Section 2.15.00 of the Court's Internal Operating Procedures, hereby files this Notice of Pending, Refiled, Related or Similar Actions to notify the Court that the following actions, just like this Action, involve (separate) incidents of alleged voyeurism by Arvin Mirasol allegedly occurring between December 2023 and February 2024 during cruises on the *Symphony of the Seas* that are material parts of those actions and of this Action. Defendant RCCL believes that the disposition of the actions listed below would entail unnecessary duplication of judicial labor if heard by different Judges and that, therefore, those actions should be transferred to the Judge assigned to the lowest-numbered action, to conserve the resources of the Court and the parties:

1. *Jane Doe v. Royal Caribbean Cruises, Ltd.,* Case No.: 1:24-cv-24039-JB/Torres (S.D. Fla., filed Oct. 18, 2024)

2. *J.L.S., et. al. v. Royal Cruises, Ltd., et. al.,* Case No. 1:24-cv-24139-JEM (S.D. Fla., filed Oct. 25, 2024)[1]

3. *K.T., et. al. v. Royal Caribbean Cruises, Ltd., et. al.,* Case No. 1:24-cv-24193-KMM/Elfenbein (S.D. Fla., filed Oct. 28, 2024) [2]

4. *M.S., et. al. v. Royal Caribbean Cruises, Ltd., et. al.,* Case No. 1:24-cv-24738-PCH/Louis (S.D. Fla., filed Dec. 4, 2024)[3]

                **Respectfully submitted,**

                */s/ Kassandra Doyle Taylor*
                Jerry D. Hamilton, Esq.
                Florida Bar No. 970700
                Krista Fowler Acuna, Esq.
                Florida Bar No. 650791
                Annalisa Gutierrez, Esq.
                Florida Bar No. 97940
                Kassandra Doyle Taylor, Esq.
                Florida Bar No. 68645
                HAMILTON, MILLER & BIRTHISEL, LLP
                150 Southeast Second Avenue, Suite 1200
                Miami, Florida 33131
                Telephone: (305) 379-3686
                hmb-symphony-team@hamiltonmillerlaw.com
                *Co- Counsel for Defendant, Royal Caribbean Cruises, Ltd.*

                and

                Kurt K. Lunkenheimer, Esq.
                Florida Bar No. 1059216
                Hayley H. Ryan, Esq.
                Florida Bar No. 1032623

---

[1] The *J.L.S.* matter has been filed but has not yet been served on the presumed Defendant, Royal Caribbean Cruises, Ltd. Undersigned notes that one of the named Defendants in the *J.L.S* matter is "Royal Cruises, Ltd." rather than Royal Caribbean Cruises, Ltd.

[2] The *K.T.* matter has been filed but has not yet been served on Defendant, Royal Caribbean Cruises, Ltd. Furthermore, Judge Moore previously *sua sponte* consolidated the *K.T.* matter with *J.H. et al. v. Royal Caribbean Cruises and Arvin Mirasol*, Case No. 1:24-cv-24195-KMM (S.D. Fla., filed Oct. 28, 2024) based on Judge Moore's review of the docket and conclusion that the *K.T.* and *J.H.* cases had common questions of fact.

[3] The *M.S.* matter has been filed but has not yet been served on Defendant, Royal Caribbean Cruises, Ltd.

COZEN O'CONNER
200 S. Biscayne Blvd., Suite 3000
Miami, FL 33132
Telephone: (305) 704-5940
kklunkenheimer@cozen.com
hryan@cozen.com
*Co- Counsel for Defendant, Royal Caribbean Cruises, Ltd.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on December 11, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties not authorized to receive electronically Notices of Electronic Filing.

/s/ Kassandra Doyle Taylor
Kassandra Doyle Taylor

## SERVICE LIST
*Jane Doe (S.F.) v. Royal Caribbean Cruises Ltd., et al.*
Case No. 24-CV-23953-DPG

| | |
|---|---|
| **Jason R. Margulies, Esq.** | **Jerry D. Hamilton, Esq.** |
| jmargulies@lipcon.com | jhamilton@hamiltonmillerlaw.com |
| **Michael A. Winkleman, Esq.** | **Krista Fowler Acuna, Esq.** |
| mwinkleman@lipcon.com | kacuna@hamiltonmillerlaw.com |
| **Jacqueline Garcell, Esq.** | **Kassandra Doyle Taylor, Esq.** |
| jgarcell@lipcon.com | ktaylor@hamiltonmillerlaw.com |
| **Marc E. Weiner, Esq.** | HAMILTON MILLER & BIRTHISEL, LLP |
| mweiner@lipcon.com | 150 SE 2nd Avenue, Suite 1200 |
| LIPCON, MARGULIES, | Miami, Florida 33131 |
| & WINKLEMAN, P.A. | Telephone: (305) 379-3686 |
| 2800 Ponce de Leon Boulevard, Suite 1480 | Facsimile: (305) 379-3690 |
| Coral Gables, Florida 33134 | |
| Telephone: (305) 373-3016 | **Kurt K. Lunkenheimer, Esq.** |
| Facsimile: (305) 373-6204 | kklunkenheimer@cozen.com |
| *Attorneys for Plaintiffs* | **Hayley H. Ryan, Esq.** |
| | hryan@cozen.com |
| | COZEN O'CONNOR |

200 S. Biscayne Boulevard, Suite 3000
Miami, Florida 33132
Telephone: (305) 397-0801
*Attorneys for Defendant, Royal Caribbean*

**Arvin Joseph Mirasol**
Inmate Number: 02507-511
FDC Miami, Federal Detention Center
P.O. Box 019120
Miami, FL 33101
(Via U.S. Mail)
*Defendant*