**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 1:24-cv-23953-GAYLES/SHAW-WILDER**

JANE DOE (S.F.), et al.,

      Plaintiffs,

v.

ROYAL CARIBBEAN CRUISES, LTD., and
ARVIN JOSEPH MIRASOL,

      Defendants.

                                             /

## <u>ORDER</u>

**THIS CAUSE** comes before the Court on Defendant Royal Caribbean Cruises, Ltd.'s ("Royal Caribbean") Omnibus Motion to Stay Litigation and Compel Arbitration (the "Motion"). [ECF No. 57]. The action was referred to Magistrate Judge Detra Shaw-Wilder, pursuant to 28 U.S.C. § 636(b)(1)(B), for a ruling on all pretrial, non-dispositive matters, and for a Report and Recommendation on any dispositive matters. [ECF No. 71]. On April 22, 2026, Judge Shaw-Wilder issued her report recommending that the Motion be denied (the "Report"). [ECF No. 110]. Royal Caribbean has objected to the Report, [ECF No. 116], and Plaintiffs have responded to the objections, [ECF No. 117].

A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). Those portions of the report and recommendation to which objection is made are accorded *de novo* review, if those objections "pinpoint the specific findings that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ. P. 72(b)(3). Any portions of the report and recommendation to which *no* specific objection is made are reviewed only for clear error. *Liberty Am. Ins. Grp., Inc. v. WestPoint*

*Underwriters, L.L.C.*, 199 F. Supp. 2d 1271, 1276 (M.D. Fla. 2001); *accord Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006).

In her Report, Judge Shaw-Wilder found that both the Ending Forced Arbitration of Sexual Assault and Sexual Harassment Act, 9 U.S.C. §§ 401–02, and 46 U.S.C. § 30527 preclude the Court from enforcing the arbitration provision in Royal Caribbean's ticket contract based on Plaintiffs' claims. [ECF No. 110]. Royal Caribbean raises several objections to the Report, the majority of which rehash arguments it raised in the Motion. [ECF No. 116].

The Court has conducted a *de novo* review of the Motion and the record and agrees with Judge Shaw-Wilder's well-reasoned findings and recommendation that the Motion be denied.

## **CONCLUSION**

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

(1)     Judge Shaw-Wilder's Report and Recommendation, [ECF No. 110], is **ADOPTED in full**; and

(2)     Royal Caribbean's Omnibus Motion to Stay Litigation and Compel Arbitration, [ECF No. 57], is **DENIED.**

**DONE AND ORDERED** in Chambers at Miami, Florida, this **Tuesday, May 26, 2026.**

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE