**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO.: 24-CV-23953-DPG**

JANE DOE (S.F.), on behalf of herself and all
others similarly situated, et al.,

       Plaintiffs,

v.

ROYAL CARIBBEAN CRUISES LTD., and
ARVIN JOSEPH MIRASOL,

       Defendants.

_____/

**NOTICE OF CHANGE OF ADDRESS**

       PLEASE TAKE NOTICE that Thomas A. Tucker Ronzetti of Tucker Ronzetti, P.A., hereby gives notice of change of address. Counsel respectfully requests that all orders, pleadings, and correspondence be served at the address below.

       Respectfully submitted on May 29, 2026.

By: *s/ Thomas A. Tucker Ronzetti*
    THOMAS A. TUCKER RONZETTI
    Florida Bar No. 965723
    TUCKER RONZETTI, P.A.
    5760 S.W. 46th Terrace
    Miami, FL 33155-6015
    Tel. (305) 546-4638
    tr@tuckrlaw.com

*Co-Counsel for Plaintiffs and the Class*

**CERTIFICATE OF SERVICE**

       I hereby certify that a true and correct copy of the forgoing was filed on May 29, 2026, via the Court's CM/ECF system, which will send notification of such filing to all attorneys of record.

By: *S/ Thomas A. Tucker Ronzetti*
    THOMAS A. TUCKER RONZETTI

1